IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| MICHAEL GUERRERO | § | |
|---|---|---|
| v. | § | CIVIL ACTION NO. 6:09CV388 |
| JPMORGAN CHASE & CO. | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation recommends that Defendant's Motion to Dismiss (document #7) be granted and that Plaintiff's quantum meruit, breach of contract and unjust enrichment claims be dismissed with prejudice pursuant to Fed.R.Civ.P. 12(b)(6). No written objections have been filed. The Report and Recommendation was sent to counsel electronically on January 12, 2010. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that Defendant's Motion to Dismiss (document #7) is **GRANTED** and Plaintiff's quantum meruit, breach of contract and unjust enrichment claims are **DISMISSED** with prejudice pursuant to Fed.R.Civ.P. 12(b)(6).

**So ORDERED and SIGNED this 5th day of February, 2010.**



**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**